UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 93-491 |
| MAXON MORGAN | SECTION  "N" |

**ORDER AND REASONS**

Considering the "Petition for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) in Light of United States Attorney General Mr. Eric Holder's April 12, 2013 Mandate on Sentencing Disparities and Mandatory Minimum Sentences for Drug-Related Crimes" (Rec. Doc. 486), filed by the defendant Maxon Morgan, the Government's response (Rec. Doc. 492), and the defendant's response thereto (Rec. Doc. 493);

**IT IS ORDERED** that the "Petition for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) in Light of United States Attorney General Mr. Eric Holder's April 12, 2013 Mandate on Sentencing Disparities and Mandatory Minimum Sentences for Drug-Related Crimes" **(Rec. Doc. 486)** is hereby **DENIED** and **DISMISSED**, and the motion to expedite **(Rec. Doc. 491)** is **DENIED AS MOOT**.

The Attorney General's comments did not change the sentencing guidelines.  Thus, the petition presents no valid basis for reduction under 18 U.S.C. § 3582(c)(2).   Insofar as the petition rests on the petitioner's cryptic assertion that he was sentenced more harshly than his white co-defendants because of his race or country of origin, it is in fact a successive motion

under 28 U.S.C. § 2255 for which the petitioner has failed to obtain authorization from the United States Court of Appeals for the Fifth Circuit.  *See* 28 U.S.C. §§ 2244, 2255(h).

New Orleans, Louisiana, this 8th day of January, 2014.

                                                 **KURT D. ENGELHARDT**
                                                 **UNITED STATES DISTRICT JUDGE**