UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| VERSUS | NO. 93-491 |
| MAXON MORGAN | SECTION "N" (5) |

## ORDER & REASONS

Before the Court is Defendant, Maxon Morgan's "Motion for Reduction of Sentence Pursuant to Retroactive Amendment 794" (Rec. Doc. 526). Regarding Amendment 794, this District Court has previously held:

> Courts may modify a sentence with a 18 U.S.C. § 3582(c)(2) motion only if the guideline range was lowered by an amendment listed in U.S.S.G § 1B1.10(d). U.S. SENTENCING GUIDELINES § 1B1.10(a)(1). If an amendment to the United States Sentencing Guidelines is not listed in § 1B1.10(d), then such a reduction 'is not authorized under 18 U.S.C. § 3582(c)(2).' *Id.* at § 1B1.10(a)(2). Amendment 794 is not listed in U.S.S.G § 1B1.10(d). As such, the Amendment cannot be retroactively applied under § 3582(c)(2) to Defendant . . . .

*United States v. Minjarez*, Crim. A. No. 14-172, 2017 WL 1064945, at *1 (E.D. La. Mar. 3, 2017) (J. Lemelle).

Accordingly;

**IT IS ORDERED** that the Motion is **DENIED**.

New Orleans, Louisiana, this 3rd day of July 2017.

_____
**KURT D. ENGELHARDT**
**United States District Judge**